

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00339-CV

**IN THE GUARDIANSHIP OF GEORGE V. GARCIA**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

      The clerk's record, which was filed on July 7, 2016, shows that appellant Fred Vincent Garcia Norris filed a notice of appeal from an order granting a motion to approve the hiring of appellate counsel. It appears this court does not have jurisdiction to consider an appeal from this order. *See Estate of Delfina Alexander*, No. 04-14-00575-CV, 2014 WL 4629111, at *1 (Tex. App.—San Antonio Sept. 17, 2014, no pet.); *In the Guardianship of Glasser*, 297 S.W.3d 369, 372-73 (Tex. App.—San Antonio 2009, no pet.); *In the Matter of the Estate of Levinson*, Nos. 04-08-00782-CV, 04-08-00929-CV, 04-09-00092-CV, 2009 WL 3400935, at *5 (Tex. App.—San Antonio Oct. 21, 2009, no pet.).

      If appellant does not agree with this court's initial review of its jurisdiction, he is ordered to show cause in writing <u>no later than July 26, 2016</u>. If appellant does not respond by July 26, 2016, this appeal is subject to dismissal for lack of jurisdiction.

      All other appellate deadlines are suspended pending this court's determination of its jurisdiction.

_____
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court